Matter of Fromm v Greene (2023 NY Slip Op 00513)

Matter of Fromm v Greene

2023 NY Slip Op 00513

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, BANNISTER, AND OGDEN, JJ.

11 CAF 20-01536

[*1]IN THE MATTER OF MELISSA FROMM, PETITIONER-APPELLANT,
v
DENNIS GREENE, RESPONDENT-RESPONDENT. 

CHARLES J. GREENBERG, AMHERST, FOR PETITIONER-APPELLANT.
KELLY L. BALL, BUFFALO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Erie County (Kevin M. Carter, J.), entered October 22, 2020 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court